IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rochelle Barbee
_____

                Civil Action No.

                1:12-cv-03397-WDQ

                vs.

Collecto, Inc.
*doing business as*
EOS CCS

_____

                \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

The Plaintiff and Defendant having reached an out of Court settlement, though their respective counsels, wish to advise the Court.

The Parties will file a Notice of Dismissal with prejudice within 30 days.

                THE PLAINTIFF

                BY/S/Michael W. Kennedy
                Michael W. Kennedy, Esquire
                The Kennedy Law Firm
                1204 Main Street, Suite 176
                Branford, CT 06405
                MD Bar No: 29935
                203-481-4040
                Fax: 443-440-6372
                Email: mwk550@yahoo.com

## *CERTIFICATION*

I hereby certify that on 5/11/13 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy